NOTE—Reported at 386 N.E.2d 1009.

SHIRLEY A. SHIDELER AND BARNES, HICKAM, PANTZER AND BOYD *v.* MARY CATHERINE DWYER

[No. 1-1078A297. Filed March 20, 1979. Rehearing denied April 30, 1979. Transfer granted March 3, 1981.]